25947. SMITH *v.* THE STATE.

GUERRY, J. The defendant was indicted for murder. The jury found him guilty of voluntary manslaughter. The motion for new trial contained only the general grounds. The evidence was amply sufficient to support the verdict. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 7, 1937.

*A. J. Tuten, T. J. Townsend, I. J. Bussell,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.